UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br>Ernesto Martinez-Pedraza,<br><br>                              Defendant. | Case No. 16-cr-00522-BEN<br><br>JUDGMENT OF DISMISSAL |
|---|---|

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of Heroin with Intent to Distribute (Felony)
21:841(a)(1) - Possession of Ecstasy with Intent to Distribute (Felony)
21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony)
21:841(a)(1) - Possession of Cocaine with Intent to Distribute (Felony)

Dated:   3/21/2022

Hon. William V. Gallo
United States District Judge